# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLD SMOKE FINANCE, LLC<br><br>Plaintiff,<br><br>v.<br><br>TIM MCCALLUM, DAVID J. KAHN, THE DAVID KAHN TRUST, KAHN CAPITAL INC. d/b/a KAHN CAPITAL MANAGEMENT and KCM MC HOLDINGS, LLC,<br><br>Defendants. | CASE NO. 10-CV-00007 JM NLS<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Doc. No. 11 |

This matter is before the Court upon the parties' joint motion to extend time for Defendants to respond to the Complaint pursuant to Civil Local Rule 12.1. Good cause appearing, the joint motion to extend time to respond is **GRANTED.** The Defendants shall respond to the Complaint no later than February 8, 2010.

**IT IS SO ORDERED.**

Dated: January 25, 2010

_____
Jeffrey T. Miller
United States District Judge